**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

LEIGH WOLF,

    Plaintiff,

v.                                                            Case No:  2:12-cv-318-FtM-38UAM

MHW GLOBAL,

    Defendant.
_____/

## ORDER

    This matter comes before the Court on Plaintiff's Response to Court's April 26, 2013 Order to Show Cause (Doc. #21) filed on April 26, 2013.  This case was filed on June 11, 2012 and the Parties have yet to file a Case Management Report.  The Court previously entered an Order to Show Cause (Doc. #20) directing Plaintiff to show cause why she has failed to file a case management report.  Plaintiff responded (Doc. #21) that the case management conference was conducted on February 27, 2013 and that the Parties are in the process of completing the report which has been delayed because Plaintiff's counsel is a sole practitioner.  In conclusion, Plaintiff's counsel indicated that the case management report would be "filed shortly."  Since that February filing, the Parties have failed to file a case management report.  Thus, the Court directs that the Plaintiff file the case management report on or before June 10, 2013.  Failure to respond will result in this matter being dismissed without prejudice for failure to prosecute.  **This deadline will not be extended absent extraordinary circumstances**.

    Accordingly, it is now

**ORDERED:**

Plaintiff shall have up to and including **June 10, 2013** to file the case management report.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record