UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEIGH WOLF,

    Plaintiff,

v.                                                Case No:   2:12-cv-00318-FtM-38CM

MHW GLOBAL,

    Defendant.
_____/

**ORDER**[1]

    This matter comes before the Court on Plaintiff Leigh Wolf and Defendant MHW Global's Joint Motion for Substitution of Defendant (Doc. #42) filed on February 28, 2014. The Parties move for substitution of MWH Constructors, Inc. ("Constructors") as the defendant in this action because Constructors, not Defendant MWH Global, actually employed Plaintiff during the time in question and is the real party in interest. (Doc. #42). Since the Parties agree that MHW Global should be dropped as the Defendant and that Constructors should be added in its place, the Court finds good and just cause to grant the instant Motion.

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Joint Motion for Substitution of Defendant (Doc. #42) is **GRANTED**. The Clerk of Court is directed to **TERMINATE** MHW Global as the Defendant in this case and **SUBSTITUTE** MHW Constructors, Inc. as the named defendant.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record