UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEIGH WOLF,

    Plaintiff,

v.                                             Case No:  2:12-cv-318-FtM-38CM

MHW CONSTRUCTORS, INC.,

    Defendant.
_____/

## **ORDER**[1]

This matter is before the Court on review of the file.  On May 12, 2014, the parties filed a Notice of Mediation (Doc. #53), stating they would attend mediation on June 12, 2014.  The deadline for mediation has now expired, and the parties have failed to advise the Court as to the status of mediation.  Also, under Middle District of Florida Local Rule 9.06(a), the mediator must file a written report with the Court indicating, among other things, whether the case was settled within seven (7) days following the conclusion of the mediation conference.  To date, the Court has not received any such report.  The parties, therefore, are directed to comply with Local Rule 9.06.

That being said, the Court remains concerned with the parties' seemingly blasé attitude with its orders and the Middle District of Florida Local Rules.  As previously

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

cautioned, the Court's deadlines are not suggestions that may be disregarded. (Doc. #50). The parties shall comply fully with the Court's orders and Local Rules.

Accordingly, it is

**ORDERED:**

The parties shall advise the Court on or before **June 27, 2014**, as to the status of mediation in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record